```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                          FEB 1 3 2025

                    CENTRAL DISTRICT OF CALIFORNIA
                    EASTERN DIVISION      BY DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED 25-MJ-55 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | |
| THEODORE BENNETT | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)  the appearance of defendant as required; and/or

    (B)  (✓)  the safety of any person or the community.

//

//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- ALLEGATION OF FAILURE TO REPORT/ABSCONDING
- SIGNIFICANT CRIMINAL HISTORY
- HISTORY OF SUBSTANCE ABUSE

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- SIGNIFICANT CRIMINAL HISTORY
- HISTORY OF SUBSTANCE ABUSE

IT IS ORDERED that defendant be detained.

DATED: 2/13/25

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2